

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-16-00417-CV**

**IN THE INTEREST OF E.J., J.J., V.J., AND C.J.X., CHILDREN**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 15-000408-CV-85**

## O R D E R

This is an appeal of a termination of parental rights.  As such, it is subject to a strict appellate timetable.  *See* TEX. R. APP. P. 28.4(a)(1); TEX. R. JUD. ADMIN. 6.2(a).  We have been informed that the reporter's record in this appeal is not complete.

It appears from documents received by the Court that appellants have requested transcriptions of pre-trial hearings between March 4, 2015 and the beginning of trial on October 31, 2016 so that they can complete a response to their appointed attorney's *Anders* brief which was filed on February 14, 2017.  It also appears from these documents that, by email dated April 7, 2017, the reporter informed appellants that by the close of that weekend, the reporter would have a good understanding of the timeline for the preparation of those transcripts.  Since then, we have not received any indication from

the reporter or from appellants as to when the reporter's record containing these pre-trial hearings would be filed.

Appellants and the reporter are reminded that because this is an appeal of the termination of parental rights, the Court cannot wait indefinitely for the record or appellants' response. Accordingly, the Court ORDERS that the reporter's record be completed, filed, and a copy provided to appellants within 10 days from the date of this Order. Appellants' response is due within 20 days after the date the remaining portions of the reporter's record are filed.

PER CURAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed April 26, 2017

